| | | |
|---|---|---|
| People v Tiger | 2d Dept: 149 AD3d 86 (Orange) | granted 8/15/17 (Garcia, J.) |
| People v Tirado | App Div, 4th Dept, 5/29/17 (Erie) | dismissed 8/24/17 (Rivera, J.) |
| People v Trimble | 2d Dept: 150 AD3d 1272 (Nassau) | denied 8/16/17 (Stein, J.) |
| People v Tsiklauri* | 1st Dept: 150 AD3d 445 (NY) | denied 7/6/17 (Garcia, J.) |
| People v Turk* | 3d Dept: 148 AD3d 1289 (Fulton) | denied 6/23/17 (Garcia, J.) |
| People v Udeh | 2d Dept: 150 AD3d 900 (Kings) | denied 8/2/17 (Fahey, J.) |
| People v Vasquez | 1st Dept: 150 AD3d 418 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Villalta | App Term, 2d Dept, 9th & 10th Jud Dists: 56 Misc 3d 59 (Nassau) | denied 8/23/17 (Fahey, J.) |
| People v Walker | 4th Dept: 151 AD3d 1730 (Erie) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Walston | App Term, 1st Dept: 55 Misc 3d 143(A) (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v Ward* | 1st Dept:150 AD3d 410 (NY) | denied 7/6/17 (Garcia, J.) |
| People v Watson | 3d Dept: 150 AD3d 1384 (Ulster) | denied 8/2/17 (Fahey, J.) |
| People v White (Curtis) | 1st Dept: 151 AD3d 546 (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v White (Rodney) | App Term, 1st Dept: 55 Misc 3d 153(A) (NY) | denied 8/15/17 (Garcia, J.) |
| People v Williams (Donald) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 134(A) (Queens) | denied 8/16/17 (DiFiore, Ch. J.) |
| People v Williams (John) | 1st Dept: 150 AD3d 409 (NY) | denied 8/23/17 (Fahey, J.) |
| People v Williams (Lloyd) | 2d Dept: 150 AD3d 1273 (Nassau) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Williams (Ricky) | 2d Dept: 149 AD3d 986 (Kings) | denied 8/23/17 (Fahey, J.) |
| People v Williams (Romeo) | 4th Dept: 151 AD3d 1834 (Onondaga) | denied 8/16/17 (Stein, J.) |
| People v Williford | App Term, 1st Dept: 56 Misc 3d 128(A) (NY) | denied 8/24/17 (Fahey, J.) |
| People v Wilson | App Div, 1st Dept: 2017 NY Slip Op 64001(U) (NY) | dismissed 8/15/17 (Garcia, J.) |
| People v Winstead | 4th Dept: 151 AD3d 1725 (Cayuga) | denied 8/16/17 (Rivera, J.) |
| People v Womack (Andrew) | 4th Dept: 151 AD3d 1852 (Ontario) | denied 8/24/17 (Garcia, J.) |

* Omitted from June 2017 list or July 2017 list, as indicated by decision date.